UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 3:19-cr-00020 |
| LUIS ERNESTO CARBAJAL-PERAZA, a/k/a "Destino," a/k/a "Chele," | § § § | |
| CHRISTIAN RENE CHAVEZ-CHAVEZ, a/k/a "Pantera," a/k/a "Queso," a/k/a "Negro," | § § § § | |
| CARLOS ALEXI GARCIA-GONGORA, a/k/a "Garcia," and | § § § | |
| JAIRO SALVADOR LICONA-CARDENAS, a/k/a "Gato." | § § | |

**SUPPLEMENT TO GOVERNMENT'S MOTION FOR AN ORDER AUTHORIZING CONSUMPTIVE DEOXYRIBONUCLEIC ACID (DNA) TESTING**

COMES NOW the United States of America, by and through its counsel, Ryan K. Patrick, United States Attorney for the Southern District of Texas, John M. Lewis and Britni Cooper, Assistant United States Attorneys, David L. Jaffe, Chief of the Organized Crime and Gang Section of the U.S. Department of Justice, Gerald Collins, Julie Finocchiaro, and Matthew Hoff, Trial Attorneys, and hereby supplements its previous motion for an order pursuant to 28 U.S.C. § 1651 authorizing analysts of a laboratory (the Federal Bureau of Investigation Laboratory, hereafter the "FBI Laboratory") to test various items recovered in this case for Deoxyribonucleic acid (hereafter "DNA"), even if that testing consumes any or all of the sample during testing (hereinafter, the "DNA Consumption Motion") (ECF 75), as follows:

On October 19, 2020, the government filed the DNA Consumption Motion, which, as noted in the government's motion, defense counsel opposed. On November 19, 2020, this Court held a

1

status conference where the parties agreed to continue argument regarding the DNA Consumption Motion and to further discuss whether the presence of a defense DNA expert during the testing process is possible.

Since that hearing, the government consulted with Michelle Martin, a Forensic Examiner in the DNA Casework Unit at the FBI Laboratory in Quantico, Virginia, as well as other members of the DNA Casework Unit. Ms. Martin is assigned to perform the DNA analysis on the evidence submitted in this case. As outlined in a letter from Charles C. Choi, Chief, Forensic Science Law Unit, FBI Forensic Laboratory, attached as Attachment A, consuming the entirety of the types of swabs submitted in this case provides the best opportunity to develop DNA results. Further, as detailed in Mr. Choi's letter, the FBI Laboratory will not allow outside personnel, including a defense DNA expert, to be present during the testing due to security, contamination, and COVID-19 concerns.

Therefore, for the foregoing reasons, as well as the reasons previously outlined in the government's prior DNA Consumption Motion, the government respectfully reasserts its request for an order permitting it to test the swabs listed in the DNA Consumption Motion.

Respectfully submitted,

*/s/ John M. Lewis*
John M. Lewis
Britni Cooper
Assistant United States Attorneys
United States Attorney's Office
Southern District of Texas

Gerald Collins
Julie A. Finocchiaro
Matthew Hoff
Trial Attorneys
Department of Justice
Organized Crime and Gang Section

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that he has consulted with counsel for all defendants regarding the above Supplement to the DNA Consumption Motion. At the time of the filing of this Supplement, counsel are opposed to the relief sought herein.

*/s/ John M. Lewis*
John M. Lewis
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record for each defendant on the date of this filing via ECF notification and electronic mail.

*/s/ John M. Lewis*
John M. Lewis
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
