IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS (GALVESTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:19-cr-00020 |
| Plaintiff, | |
| v. | |
| Luis Ernesto Carbajal-Peraza, Christian Rene Chavez-Chavez, Carlos Alexi Garcia-Gongora, and Jairo Salvador Licona-Cardenas, | MOTION TO WITHDRAW AS COORDINATING DISCOVERY ATTORNEY |
| Defendants. | |

COMES NOW, Angela L. Campbell of Dickey, Campbell & Sahag Law Firm, P.L.C., the court-appointed Coordinating Discovery Attorney ("CDA"), and moves to withdraw in this matter. In support of this motion, CDA Campbell states:

1. The Court appointed a Coordinated Discovery Attorney in this matter on March 4, 2020.

2. The currently appointed CDA, Angela Campbell, is ending her contract as a CDA.

3. There does not appear to be any need for a CDA to remain appointed in the matter.

4. The CDA has conferred with the two remaining defense teams about this motion to withdraw, and no defense team has an objection to the CDA's withdrawal.

1

5. The CDA has conferred with Matthew Hoff, an attorney for the government, and Mr. Hoff has indicated that the government has no objection to this motion to withdraw.

6. Any counsel appointed under the Criminal Justice Act in this matter who needs any assistance with discovery in the future has the ability to request assistance directly from the National Litigation Support Team at **https://www.fd.org/litigation-support/who-national-litigation-support-team.**

WHEREFORE, the Coordinating Discovery Attorney, Angela Campbell, requests an order permitting her to withdraw as CDA in the matter, and terminating the order appointing a CDA.

Respectfully submitted,

*/s/* Angela L. Campbell
Angela L. Campbell AT#0009086
Dickey | Campbell | Sahag Law Firm, PLC
301 East Walnut Street, Suite 1
Des Moines, IA  50309
PHONE:  515-288-5008
FAX:  515-288-5010
E-MAIL: angela@iowajustice.com
COORDINATING DISCOVERY ATTORNEY

Copies sent by email to:

Matthew Hoff, counsel for the United States

Mark Diaz & James Stafford, counsel for Defendant Chavez-Chavez

David Adler & Robert Loper, counsel for Defendant Licona-Cardenas